# FILED

FEB 28 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARVANEH BORHANI, | No. C06-07855 MJJ |
| Plaintiff, | **ORDER DISMISSING PLAINTIFF'S COMPLAINT** |
| v. | |
| FAMILY MEMBERS, | |
| Defendant. | |

On December 22, 2006, Plaintiff filed a complaint setting forth a number of allegations. (Docket No. 1.) Plaintiff also filed an application to proceed *in forma pauperis*. (Docket No. 2.) On February 2, 2007, pursuant to 28 U.S.C. § 1915(e)(2), the Court issued an order dismissing the complaint with leave to amend for failure to assert a legally cognizable claim in either law or fact. (*See* Docket No. 5.) The Court also denied Plaintiff's request to proceed *in forma pauperis*. (*See id.*)

In the year since the Court's order dismissing Plaintiff's complaint, Plaintiff has not filed an amended complaint. Instead, Plaintiff's only filing was a September 10, 2007 document that is neither cognizable as an amended complaint, nor as a request for appropriate relief. Instead, in the September 10, 2007 document Plaintiff requests a transfer of venue.

//
//

Accordingly, the Court **DENIES** as moot Plaintiff's Request to Transfer Venue and **DISMISSES** Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2) and Federal Rule of Civil Procedure 41(b). The Clerk of the Court is directed to close the file.

**IT IS SO ORDERED.**

Dated: February 28, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE